LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

December 4, 2024

Hon. John P. Cronin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*via ECF*

**Re: United States v. Wilianyi Almanzar Polanco**
23 Cr 501 (JPC)

Your Honor:

    I write to request Court permission for Mr. Almanzar to attend his uncle's wake on the evening of December 10, 2024 at a funeral home in Manhattan. Mr. Almanzar was released on a seventy five thousand dollars ($75.000.00) bond secured by two cosigners. He has surrendered his passport and is on home detention with electronic monitoring. He is also working on the books at an overnight job that has Court and pretrial approval.

    If permitted to attend the wake, Mr. Almazar will provide his pretrial officer with the specific location and hours of the wake.

    Mr. Almanzar's pretrial officer, Ashley Cosme, and the government, by Adam Sowalti, Esq., have no objection to this request. Therefore I ask that the Court permit Mr. Almanzar to attend his uncle's wake on December 10, 2024.

Respectfully,
*Lisa Scolari*
Lisa Scolari

---

The request is granted. Mr. Almanzar may attend his uncle's wake on December 10, 2024. Mr. Almanzar must provide Officer Cosme with the location and hours of the wake. The Clerk of Court is respectfully directed to close Docket Number 110.

SO ORDERED.
Date: December 4, 2024
New York, New York

JOHN P. CRONAN
United States District Judge