LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

May 21, 2025

Hon. John P. Cronin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*via ECF*

**Re: United States v. Wilianyi Almanzar Polanco**
23 Cr 501 (JPC) and 24 Cr. 177 (JPC)

Your Honor:

I write to request Court authorization for submission of interim vouchers relating to the two

indictments against Mr. Almanzar Polanco, which are assigned to this Court. As the Court is aware

work on 24 Cr. 177 has been paused in anticipation of dismissal of that case, but it has

yet to be dismissed.

Respectfully,
*Lisa Scolari*
Lisa Scolari

Ms. Scolari is authorized to submit interim vouchers related to the two indictments against Mr. Almanzar Polanco. The Clerk of Court is respectfully directed to close Docket Number 159.

SO ORDERED.
Date: May 22, 2025
New York, New York

JOHN P. CRONAN
United States District Judge