

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

December 8, 2025

**BY ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007

> Re:     *United States v. Wilianyi Almanazar Polanco*, S8 23 Cr. 501 (JPC)

Dear Judge Cronan:

  The parties submit this letter in accordance with the Court's directive at the defendant's November 24, 2025 plea proceeding.  The parties have conferred regarding their positions with respect to remand and been unable to reach agreement.  The parties propose that the defense submit a letter to the Court setting forth its position on the issue on or before December 18, 2025, and the Government submit a letter in response on or before December 23, 2025.  If the Court requires a hearing after reviewing the parties' submissions, the parties are generally available the week of January 5, 2026.

The proposed briefing schedule is adopted.  By December 18, 2025, defense counsel shall submit a letter no longer than three pages setting forth its position.  By December 23, 2025, the Government shall submit its response in a letter no longer than three pages.  The parties shall appear for a hearing on this matter on January 5, 2026, at 11:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007.  The Clerk of Court is respectfully directed to close Docket Number 195.

SO ORDERED.
December 8, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: ___/s/_____
  Katherine Cheng
  Maggie Lynaugh
  Chelsea L. Scism
  Adam Sowlati
  Assistant United States Attorneys
  (212) 637-2492/2448/2105/2438

Cc: All Counsel of Record (ECF)