UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA           :

                                  :

       -v-                     :             S8 23 Cr. 501 (JPC)

                                  :

WILIANYI ALMANZAR POLANCO,    :            ORDER

                                  :

               Defendant.      :

                                  :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 8, 2025, the Court scheduled a conference regarding mandatory remand for Defendant Wilianyi Almanzar Polanco for January 5, 2026, at 11:00 a.m. Dkt. 197. The Court also ordered defense counsel to set forth its position by December 18, 2025, in a letter no longer than three pages. *Id.* The docket does not reflect that a letter has been filed. Defense counsel shall submit a letter no later than 10:00 a.m. on December 22, 2025.

     SO ORDERED.

Dated: December 19, 2025
      New York, New York                                       JOHN P. CRONAN
                                                  United States District Judge