LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

February 28, 2026

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*via ECF*

**Re: United States v. Wilianyi Almanzar Polanco**
23 Cr 501 (JPC)

Your Honor:

  I write to request an adjournment of Mr. Almanzar's sentencing, which is currently scheduled for March 17, 2026,  with defense submission due on March 3, 2026. The adjournment is sought to resolve a potential representation issue and to obtain additional letters that will be included in the defense submission.

  Therefore, we request an adjournment to a date in mid-late April,  2026. The government, by Adam Sowalti, Esq., consents to this request.

       Respectfully,
       *Lisa Scolari*
       Lisa Scolari

~~SO ORDERED:~~

The request is granted.  Defendant's sentencing is adjourned to April 15, 2026, at 11:00 a.m.  Defendant's sentencing submission is due April 1, 2026, and the Government's submission is due April 8, 2026.

By March 16, 2026, Defendant's counsel shall submit a letter advising the Court whether the representation issue has been resolved and if she believes it requires a court appearance in advance of sentencing.

_____
~~HON. JOHN P. CRONAN~~

The Clerk of Court is respectfully directed to close Docket Number 243.

SO ORDERED.
March 2, 2026
New York, New York

JOHN P. CRONAN
United States District Judge