LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

June 3, 2026

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*via ECF*

**Re: United States v. Wilianyi Almanzar Polanco**
23 Cr 501 (JPC)

Your Honor:

I write to request an adjournment of Mr. Almanzar's sentencing, which is currently scheduled for June 15, 2026, to a date in late July or early August, 2026. The psychologist has started Mr. Almanzar's evaluation but he needs additional time to complete the evaluation and prepare a report.

Therefore, we request an adjournment to a date in late July or early August, 2026. The government, by Chelsea Scism, Esq., has no objection to this request.

Respectfully,
*Lisa Scolari*
Lisa Scolari

The request is granted.  Defendant's sentencing scheduled for June 15, 2026, at 10:00 a.m. is adjourned to July 28, 2026, at 10:00 a.m.

The Clerk of Court is respectfully directed to close Docket Number 314.

~~SO ORDERED:~~

_____
~~HON. JOHN P. CRONAN~~

SO ORDERED.
June 3, 2026
New York, New York

JOHN P. CRONAN
United States District Judge