UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

WILIANYI ALMANZAR POLANCO,

Defendant.

S8 23 Cr. 501 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The sentencing for Defendant Wilianyi Almanzar Polanco scheduled for July 28, 2026, at 10:00 a.m. is adjourned to July 30, 2026, at 2:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: July 6, 2026
New York, New York

JOHN P. CRONAN
United States District Judge