LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

July 27, 2026

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*via ECF*

**Re: United States v. Wilianyi Almanzar Polanco**
23 Cr 501 (JPC)

Your Honor:

I write to request an adjournment of Mr. Almanzar's sentencing, currently scheduled for July 30, 2026, to August 13, 2026 at 10:00, which I understand is a date convenient for to Court. We seek the adjournment to discuss an issue raised in the government's sentencing submission with Mr. Almanzar.

The government, by Adam Sowalti, Esq., consents to this application.

Respectfully,
*Lisa Scolari*
Lisa Scolari

The request is granted. The sentencing scheduled for July 30, 2026, is adjourned to August 13, 2026, at 10:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007. The Clerk of Court is respectfully directed to close Docket Number 356.

~~SO ORDERED:~~

~~HON. JOHN P. CRONAN~~

SO ORDERED.
July 27, 2026
New York, New York

JOHN P. CRONAN
United States District Judge